FILED
TARRANT COUNTY
6/23/2025 3:11 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 348-363561-25

| | | |
|---|---|---|
| CITY OF ARLINGTON, | § | IN THE DISTRICT COURT |
| | § | FILED IN<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS<br>6/24/2025 10:47:10 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PECOS HOUSING FINANCE | § | |
| CORPORATION, a Texas nonprofit | § | |
| corporation; PLEASANTON HOUSING | § | |
| FINANCE CORPORATION, a Texas | § | |
| nonprofit corporation; LA VILLA | § | |
| HOUSING FINANCE CORPORATION, a | § | |
| Texas nonprofit corporation; MAVERICK | § | 348TH JUDICIAL DISTRICT |
| COUNTY HOUSING FINANCE | § | |
| CORPORATION, a Texas nonprofit | § | |
| corporation; and JOE DON BOBBITT, in | § | |
| his official capacity as Chief Appraiser of the | § | |
| Tarrant Appraisal District, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF FORT WORTH, | § | |
| | § | |
| Intervenor-Plaintiff. | § | TARRANT COUNTY, TEXAS |

## NOTICE OF ACCELERATED APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1 and 28.1, Defendant, Pecos Housing Finance Corporation, states its desire to appeal: (1) the interlocutory Order Granting City of Arlington's Application for Temporary Injunction and (2) the interlocutory Order Granting City of Fort Worth's Application for Temporary Injunction, both signed on June 3, 2025, in *City of Arlington, et al. v. Pecos Housing Finance Corporation, et al.*, Cause No. 348-363561-25, in the 348th Judicial District Court, Tarrant County, Texas. Defendant appeals to the Court of Appeals for the Fifteenth District of Texas sitting in Austin, Texas.

This appeal is accelerated under Texas Rule of Appellate Procedure 28.1(a) and Section

**NOTICE OF ACCELERATED APPEAL** **PAGE 1**

51.014(a)(4) of the Texas Civil Practice and Remedies Code and is not "a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult, as defined in Rule 28.4." TEX. R. APP. P. 25.1(d)(6).

This appeal involves a matter: "(A) brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education; (B) brought by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct; or (C) in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the attorney general is a party to the case." TEX. R. APP. P. 25.1(d)(9).

Dated: June 23, 2025

/s/ Amanda L. Reichek
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
State Bar No. 24133390
kyukevich@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Lecavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
CHASNOFF STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**ATTORNEYS FOR APPELLANT PECOS HOUSING FINANCE CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served by E-Service to counsel herein on June 23, 2025.

/s/ *Amanda L. Reichek*
Amanda L. Reichek

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102313843
Filing Code Description: Notice of Appeal
Filing Description: Notice of Accelerated Appeal
Status as of 6/23/2025 3:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |
| Robert Salinas | 17536000 | rjslawoffice@hotmail.com | 6/23/2025 3:11:38 PM | SENT |
| Roel Gutierrez | 24069842 | roelgutierrezlaw@gmail.com | 6/23/2025 3:11:38 PM | SENT |
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Liz Hansen | | lhansen@lsejlaw.com | 6/23/2025 3:11:38 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Jonathan Moss | | jonathan.moss@arlingtontx.gov | 6/23/2025 3:11:38 PM | SENT |
| Nena Chima-Tetteh | | nena.chima-tetteh@arlingtontx.gov | 6/23/2025 3:11:38 PM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Kathryn Yukevich | 24133390 | kyukevich@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 6/23/2025 3:11:38 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Galen Gatten | | galen.gatten@arlingtontx.gov | 6/23/2025 3:11:38 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/23/2025 3:11:38 PM | SENT |
| JAMES EVANS | | JEVANS@LSEJLAW.COM | 6/23/2025 3:11:38 PM | SENT |
| Faith Lowry | | flowry@chasnoffstribling.com | 6/23/2025 3:11:38 PM | SENT |
| Rosa Perez | | rosaperez@cityoflavilla.org | 6/23/2025 3:11:38 PM | SENT |
| Amanda L.Reichek | | areichek@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102313843
Filing Code Description: Notice of Appeal
Filing Description: Notice of Accelerated Appeal
Status as of 6/23/2025 3:51 PM CST

Case Contacts

| Amanda L.Reichek | | areichek@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |
|---|---|---|---|---|
| Devlin Browne | | dbrowne@tillotsonlaw.com | 6/23/2025 3:11:38 PM | SENT |
| Jannet Alarcon | | jannet.alarcon@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |
| Erica Salas | | erica.salas@arlingtontx.gov | 6/23/2025 3:11:38 PM | SENT |
| Alexander JLindvall | | alexander.lindvall@arlingtontx.gov | 6/23/2025 3:11:38 PM | SENT |
| Joe DonBobbitt | | jdbobbitt@tad.org | 6/23/2025 3:11:38 PM | SENT |
| Joseph Nguyen | | joseph.nguyen@arlingtontx.gov | 6/23/2025 3:11:38 PM | SENT |
| Chandra  Jackson | | chandra.jackson@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |
| Steve ACumbie | | stephen.cumbie@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |
| Christopher BMosley | | chris.mosley@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |
| Olyn Poole | | olyn.poole@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |
| THE CITY OF FORT WORTH | | Chandra.Jackson@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |
| THE A.CITY OF FORT WORTH | | stephen.cumbie@fortworthtexas.gov | 6/23/2025 3:11:38 PM | SENT |

FILED
TARRANT COUNTY
6/24/2025 9:01 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 348-363561-25

| | | |
|---|---|---|
| CITY OF ARLINGTON, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PECOS HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; PLEASANTON HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; LA VILLA HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; MAVERICK COUNTY HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; and JOE DON BOBBITT, in his official capacity as Chief Appraiser of the Tarrant Appraisal District, | § | 348TH JUDICIAL DISTRICT |
| Defendants, | § | |
| v. | § | |
| CITY OF FORT WORTH, | § | |
| Intervenor-Plaintiff. | § | TARRANT COUNTY, TEXAS |

## AMENDED NOTICE OF ACCELERATED APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1 and 28.1, Defendant, Pecos Housing Finance Corporation, states its desire to appeal: (1) the interlocutory Order Denying Defendant Pecos Housing Finance Corporation's Plea to the Jurisdiction; (2) the interlocutory Order Granting City of Arlington's Application for Temporary Injunction; and (3) the interlocutory Order Granting City of Fort Worth's Application for Temporary Injunction, all signed on June 3, 2025, in *City of Arlington, et al. v. Pecos Housing Finance Corporation, et al.*, Cause No. 348-363561-25, in the 348th Judicial District

Court, Tarrant County, Texas. Defendant appeals to the Court of Appeals for the Fifteenth District of Texas sitting in Austin, Texas.

This appeal is accelerated under Texas Rule of Appellate Procedure 28.1(a) and Section 51.014(a)(4) of the Texas Civil Practice and Remedies Code and is not "a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult, as defined in Rule 28.4." TEX. R. APP. P. 25.1(d)(6).

This appeal involves a matter: "(A) brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education; (B) brought by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct; or (C) in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the attorney general is a party to the case." TEX. R. APP. P. 25.1(d)(9).

Dated: June 23, 2025

/s/ Amanda L. Reichek
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
State Bar No. 24133390
kyukevich@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Lecavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
CHASNOFF STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**ATTORNEYS FOR APPELLANT PECOS HOUSING FINANCE CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served by E-Service to counsel herein on June 23, 2025.

/s/ *Amanda L. Reichek*
Amanda L. Reichek

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Reichek on behalf of Amanda Reichek
Bar No. 24041762
areichek@tillotsonlaw.com
Envelope ID: 102338456
Filing Code Description: Amended Filing
Filing Description: Amended Notice of Appeal
Status as of 6/24/2025 10:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |
| Robert Salinas | 17536000 | rjslawoffice@hotmail.com | 6/24/2025 9:01:45 AM | SENT |
| Roel Gutierrez | 24069842 | roelgutierrezlaw@gmail.com | 6/24/2025 9:01:45 AM | SENT |
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Liz Hansen | | lhansen@lsejlaw.com | 6/24/2025 9:01:45 AM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Jonathan Moss | | jonathan.moss@arlingtontx.gov | 6/24/2025 9:01:45 AM | SENT |
| Nena Chima-Tetteh | | nena.chima-tetteh@arlingtontx.gov | 6/24/2025 9:01:45 AM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Kathryn Yukevich | 24133390 | kyukevich@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 6/24/2025 9:01:45 AM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Galen Gatten | | galen.gatten@arlingtontx.gov | 6/24/2025 9:01:45 AM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/24/2025 9:01:45 AM | SENT |
| JAMES EVANS | | JEVANS@LSEJLAW.COM | 6/24/2025 9:01:45 AM | SENT |
| Faith Lowry | | flowry@chasnoffstribling.com | 6/24/2025 9:01:45 AM | SENT |
| Rosa Perez | | rosaperez@cityoflavilla.org | 6/24/2025 9:01:45 AM | SENT |
| Amanda L.Reichek | | areichek@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Reichek on behalf of Amanda Reichek
Bar No. 24041762
areichek@tillotsonlaw.com
Envelope ID: 102338456
Filing Code Description: Amended Filing
Filing Description: Amended Notice of Appeal
Status as of 6/24/2025 10:13 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Amanda L.Reichek | | areichek@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 6/24/2025 9:01:45 AM | SENT |
| Jannet Alarcon | | jannet.alarcon@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |
| Erica Salas | | erica.salas@arlingtontx.gov | 6/24/2025 9:01:45 AM | SENT |
| Alexander JLindvall | | alexander.lindvall@arlingtontx.gov | 6/24/2025 9:01:45 AM | SENT |
| Joe DonBobbitt | | jdbobbitt@tad.org | 6/24/2025 9:01:45 AM | SENT |
| Joseph Nguyen | | joseph.nguyen@arlingtontx.gov | 6/24/2025 9:01:45 AM | SENT |
| Chandra  Jackson | | chandra.jackson@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |
| Steve ACumbie | | stephen.cumbie@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |
| Christopher BMosley | | chris.mosley@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |
| Olyn Poole | | olyn.poole@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |
| THE CITY OF FORT WORTH | | Chandra.Jackson@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |
| THE A.CITY OF FORT WORTH | | stephen.cumbie@fortworthtexas.gov | 6/24/2025 9:01:45 AM | SENT |

348-363561-25

CAUSE NO. 348-363561-25

| | | |
|---|---|---|
| CITY OF ARLINGTON | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PECOS HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; PLEASANTON HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; LA VILLA HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; MAVERICK COUNTY HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; CAMERON COUNTY HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; and JOE DON BOBBITT, in his official capacity as Chief Appraiser of the Tarrant Appraisal District; | § § § § § § § § § § § § § § | 348TH JUDICIAL DISTRICT |
| Defendants, | § | |
| v. | § | |
| CITY OF FORT WORTH, | § | |
| Intervenor-Plaintiff. | § | TARRANT COUNTY, TEXAS |

## NOTICE OF ACCELERATED APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1 and 28.1, Defendants, Pleasanton Housing Finance Corporation, Maverick Housing Finance Corporation, and La Villa Housing Finance Corporation, state their desire to appeal (1) the interlocutory Order Granting City of Arlington's Application for Temporary Injunction as to Pleasanton Housing Finance Corporation and La Villa Housing Finance Corporation; and (2) the interlocutory Order Granting City of Fort Worth's Application for Temporary Injunction as to Pleasanton Housing Finance Corporation, La

Villa Housing Finance Corporation, and Maverick Housing Finance Corporation, all signed on June 3, 2025, in *City of Arlington, et al. v. Pecos Housing Finance Corporation, et al.*, Cause No. 348-363561-25, in the 348th Judicial District Court, Tarrant County, Texas. Defendants appeal to the Court of Appeals for the Fifteenth District of Texas sitting in Austin, Texas.

This appeal is accelerated under Texas Rule of Appellate Procedure 28.1(a) and Section 51.014(a)(4) of the Texas Civil Practice and Remedies Code and is not "a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult, as defined in Rule 28.4." TEX. R. APP. P. 25.1(d)(6).

This appeal involves a matter: "(A) brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education; (B) brought by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct; or (C) in which a party to the proceeding challenges the constitutionality or validity of a state statute or rule and the attorney general is a party to the case." TEX. R. APP. P. 25.1(d)(9).

Dated: June 23, 2025

Respectfully submitted,

/s/ Daniel J. Lecavalier
Blake W. Stribling
Texas Bar No. 24070691
Daniel J. Lecavalier
Texas Bar No. 24129028
CHASNOFF STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: 210-469-4155
Email: bstribling@chasnoffstribling.com
Email: dlecavalier@chasnoffstribling.com

*Counsel for Defendants Pleasanton County
Housing Finance Corporation and Maverick
Housing Finance Corporation*

Roel Gutierrez
Texas Bar No. 240693842
LAW OFFICE OF ROEL GUTIERREZ, PLLC
4415 N. McColl Rd.
McCallen, TX 78504
Telephone: 956-278-3529
Fax: 956-278-3530
roelgutierrezlaw@gmail.com
and
Robert J. Salinas
Texas Bar No. 17536000
2101 Wood Ave.
Donna, Texas 78537
Telephone: 956-464-2460
*Counsel for Defendant La Villa Housing Finance
Corporation*

3

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing has been served in compliance with the Texas Rules of Civil Procedure on this 23rd day of June, 2025, to the following counsel of record:

Galen G. Gatten
galen.gatten@arlingtontx.gov
Alexander J. Lindvall
alexander.lindvall@arlingtontx.gov
Jonathan M. Moss
jonathan.moss@arlingtontx.gov
Joseph N. Nguyen
joseph.nguyen@arlingtontx.gov
Nena Chima-Tetteh
nena.chima-tetteh@arlingtontx.gov
CITY OF ARLINGTON
CITY ATTORNEY'S OFFICE
P.O. Box 90231, MS 63-0300
Arlington, Texas 76004

*Counsel for Plaintiff City of Arlington*

Stephen A. Cumbie
Senior Assistant City Attorney
Stephen.cumbie@fortworthtexas.gov
Christopher B. Mosley
Senior Assistant City Attorney
Chris.mosley@forthworthtexas.gov
Olyn Poole
Senior Assistant City Attorney
Olyn.poole@forthworthtexas.gov
CITY OF FORTH WORTH
OFFICE OF THE CITY ATTORNEY
100 Forth Worth Trail
Fort Worth, Texas 76102

*Counsel for Intervenor-Plaintiff City of Forth Worth*

James R. Evans, Jr.
jevans@lsejlaw.com
Eric Ruiz
eruiz@lsejlaw.com
LOW SWINNEY EVANS & JAMES, PLLC
4425 South Mopac Expressway
Building 3, Suite 400
Austin, Texas 78735

*Counsel for Defendant Joe Don Bobbitt*

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
State Bar No. 24133390
kyukevich@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

*Counsel for Defendant Pecos Housing Finance Corporation*

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Daniel Lecavalier
Bar No. 24129028
rfeltner@chasnoffstribling.com
Envelope ID: 102331236
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 6/24/2025 9:26 AM CST

Associated Case Party: THEPECOS HOUSING FINANCE CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 6/23/2025 10:43:11 PM | SENT |
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 6/23/2025 10:43:11 PM | SENT |
| Amanda L.Reichek | | areichek@tillotsonlaw.com | 6/23/2025 10:43:11 PM | SENT |
| Kathryn Yukevich | 24133390 | kyukevich@tillotsonlaw.com | 6/23/2025 10:43:11 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 6/23/2025 10:43:11 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 6/23/2025 10:43:11 PM | SENT |

Associated Case Party: THELA VILLA HFC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Salinas | 17536000 | rjslawoffice@hotmail.com | 6/23/2025 10:43:11 PM | SENT |
| Roel Gutierrez | 24069842 | roelgutierrezlaw@gmail.com | 6/23/2025 10:43:11 PM | SENT |
| Rosa Perez | | rosaperez@cityoflavilla.org | 6/23/2025 10:43:11 PM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |

Associated Case Party: THEPLEASANTON HFC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Daniel Lecavalier
Bar No. 24129028
rfeltner@chasnoffstribling.com
Envelope ID: 102331236
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 6/24/2025 9:26 AM CST

Associated Case Party: THEPLEASANTON HFC

| Christopher Schluter | | cschluter@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |
|---|---|---|---|---|
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |
| Faith Lowry | | flowry@chasnoffstribling.com | 6/23/2025 10:43:11 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Liz Hansen | | lhansen@lsejlaw.com | 6/23/2025 10:43:11 PM | SENT |
| Jonathan Moss | | jonathan.moss@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |
| Nena Chima-Tetteh | | nena.chima-tetteh@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/23/2025 10:43:11 PM | SENT |
| JAMES EVANS | | JEVANS@LSEJLAW.COM | 6/23/2025 10:43:11 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 6/23/2025 10:43:11 PM | SENT |
| Jannet Alarcon | | jannet.alarcon@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |
| Erica Salas | | erica.salas@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |
| Steve ACumbie | | stephen.cumbie@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |
| Christopher BMosley | | chris.mosley@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |
| Olyn Poole | | olyn.poole@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |
| Joseph Nguyen | | joseph.nguyen@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |

Associated Case Party: THECITY OF ARLINGTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexander JLindvall | | alexander.lindvall@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Daniel Lecavalier
Bar No. 24129028
rfeltner@chasnoffstribling.com
Envelope ID: 102331236
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 6/24/2025 9:26 AM CST

Associated Case Party: THECITY OF ARLINGTON

| | | | | |
|---|---|---|---|---|
| Alexander JLindvall | | alexander.lindvall@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |
| Galen Gatten | | galen.gatten@arlingtontx.gov | 6/23/2025 10:43:11 PM | SENT |

Associated Case Party: JOEDONBOBBITT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joe DonBobbitt | | jdbobbitt@tad.org | 6/23/2025 10:43:11 PM | SENT |

Associated Case Party: THECITY OF FORT WORTH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chandra  Jackson | | chandra.jackson@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |
| THE CITY OF FORT WORTH | | Chandra.Jackson@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |
| THE A.CITY OF FORT WORTH | | stephen.cumbie@fortworthtexas.gov | 6/23/2025 10:43:11 PM | SENT |

FILED
TARRANT COUNTY
6/3/2025 4:30 PM
THOMAS A. WILDER
DISTRICT CLERK

No. 348-363561-25

| | | |
|---|---|---|
| CITY OF ARLINGTON, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| PECOS HOUSING FINANCE CORPORATION, a Texas nonprofit corporation; JOE DON BOBBITT, in his official capacity as Chief Appraiser of the Tarrant Appraisal District, | § | 348TH JUDICIAL DISTRICT |
| *Defendants*, | § | |
| v. | § | |
| CITY OF FORT WORTH, | § | |
| *Intervenor-Plaintiff*. | § | TARRANT COUNTY, TEXAS |

## ORDER GRANTING CITY OF ARLINGTON'S
## APPLICATION FOR TEMPORARY INJUNCTION

On June 3, 2025, came to be heard Plaintiff City of Arlington's Application for Temporary Injunction (the "Application") against Defendants Pecos Housing Finance Corporation; Pleasanton Housing Finance Corporation; La Villa Housing Finance Corporation; and Joe Don Bobbitt, in his official capacity as the Chief Appraiser of the Tarrant Appraisal District. After considering the Application, briefing and arguments of the parties, evidence admitted into the record, papers on file with the Court, and applicable law, the Court finds that Plaintiff's Application should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that a Temporary Injunction is granted pending a final hearing and determination of this case as follows:

1. Defendant Pecos Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order, are prohibited from (i) acquiring title to real

property in the City of Arlington, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Arlington, Texas.

2. Defendant Pleasanton Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order, are prohibited from (i) acquiring title to real property in the City of Arlington, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Arlington, Texas.

3. Defendant La Villa Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order, are prohibited from (i) acquiring title to real property in the City of Arlington, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Arlington, Texas.

4. Defendant Joe Don Bobbitt, in his official capacity as the Chief Appraiser of the Tarrant Appraisal District, shall not grant any tax exemptions requested by Defendants Pecos Housing Finance Corporation, Pleasanton Housing Finance Corporation, or La Villa Housing Finance Corporation for any properties located in the City of Arlington, Texas.

IT IS FURTHER ORDERED that Plaintiff City of Arlington is exempt from filing and executing a bond with the Clerk. *See* TEX. CIV. PRAC. & REM. CODE § 6.002.

IT IS FURTHER ORDERED that the trial in this case is set for the week of December 1, 2025.

Signed: June 3, 2025, at 3:48 p.m.

_____
Judge Presiding

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101575163
Filing Code Description: No Fee Documents
Filing Description: ORD GRANT CITY ARLINGTON APPL TEMP INJ
Status as of 6/3/2025 4:43 PM CST

Associated Case Party: THECITY OF ARLINGTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Galen Gatten | | galen.gatten@arlingtontx.gov | 6/3/2025 4:30:55 PM | SENT |
| Alexander JLindvall | | alexander.lindvall@arlingtontx.gov | 6/3/2025 4:30:55 PM | SENT |

Associated Case Party: THEPECOS HOUSING FINANCE CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 6/3/2025 4:30:55 PM | SENT |
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 6/3/2025 4:30:55 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 6/3/2025 4:30:55 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 6/3/2025 4:30:55 PM | SENT |
| Kathryn Yukevich | 24133390 | kyukevich@tillotsonlaw.com | 6/3/2025 4:30:55 PM | SENT |

Associated Case Party: JOEDONBOBBITT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joe DonBobbitt | | jdbobbitt@tad.org | 6/3/2025 4:30:55 PM | SENT |

Associated Case Party: THEPLEASANTON HFC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/3/2025 4:30:55 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 6/3/2025 4:30:55 PM | SENT |
| Lisa O'Sullivan | | losullivan@chasnoffstribling.com | 6/3/2025 4:30:55 PM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/3/2025 4:30:55 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101575163
Filing Code Description: No Fee Documents
Filing Description: ORD GRANT CITY ARLINGTON APPL TEMP INJ
Status as of 6/3/2025 4:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Moss | | jonathan.moss@arlingtontx.gov | 6/3/2025 4:30:55 PM | SENT |
| Nena Chima-Tetteh | | nena.chima-tetteh@arlingtontx.gov | 6/3/2025 4:30:55 PM | SENT |
| Liz Hansen | | lhansen@lsejlaw.com | 6/3/2025 4:30:55 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/3/2025 4:30:55 PM | SENT |
| JAMES EVANS | | JEVANS@LSEJLAW.COM | 6/3/2025 4:30:55 PM | SENT |
| Jannet Alarcon | | jannet.alarcon@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |
| Erica Salas | | erica.salas@arlingtontx.gov | 6/3/2025 4:30:55 PM | SENT |
| Joseph Nguyen | | joseph.nguyen@arlingtontx.gov | 6/3/2025 4:30:55 PM | SENT |
| Steve ACumbie | | stephen.cumbie@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |
| Christopher BMosley | | chris.mosley@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |
| Olyn Poole | | olyn.poole@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |

Associated Case Party: THELA VILLA HFC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/3/2025 4:30:55 PM | SENT |
| Robert Salinas | 17536000 | rjslawoffice@hotmail.com | 6/3/2025 4:30:55 PM | SENT |
| Roel Gutierrez | 24069842 | roelgutierrezlaw@gmail.com | 6/3/2025 4:30:55 PM | SENT |
| Rosa Perez | | rosaperez@cityoflavilla.org | 6/3/2025 4:30:55 PM | SENT |

Associated Case Party: THECITY OF FORT WORTH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101575163
Filing Code Description: No Fee Documents
Filing Description: ORD GRANT CITY ARLINGTON APPL TEMP INJ
Status as of 6/3/2025 4:43 PM CST

Associated Case Party: THECITY OF FORT WORTH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chandra  Jackson | | chandra.jackson@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |
| THE CITY OF FORT WORTH | | Chandra.Jackson@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |
| THE A.CITY OF FORT WORTH | | stephen.cumbie@fortworthtexas.gov | 6/3/2025 4:30:55 PM | SENT |

FILED
TARRANT COUNTY
6/3/2025 4:33 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 348-363561-25

| | | |
|---|---|---|
| **CITY OF ARLINGTON,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PECOS HOUSING FINANCE** | § | |
| **CORPORATION, a Texas nonprofit** | § | |
| **corporation; JOE DON BOBBITT, in his** | § | **348ᵀᴴ JUDICIAL DISTRICT** |
| **official capacity as Chief Appraiser of** | § | |
| **the Tarrant Appraisal District,** | § | |
| | § | |
| *Defendants,* | § | |
| **v.** | § | |
| | § | |
| **CITY OF FORT WORTH,** | § | |
| *Intervenor-Plaintiff.* | § | **TARRANT COUNTY, TEXAS** |
| | § | |

**ORDER GRANTING CITY OF FORT WORTH'S
APPLICATION FOR TEMPORARY INJUNCTION**

On June 3, 2025, came to be heard Plaintiff City of Fort Worth's Application for Temporary Injunction (the "Application") against Defendants Pecos Housing Finance Corporation; Pleasanton Housing Finance Corporation; La Villa Housing Finance Corporation; Maverick County Housing Finance Corporation; and Joe Don Bobbitt, in his official capacity as the Chief Appraiser of the Tarrant Appraisal District. After considering the Application, the briefing and arguments of the parties, the evidence admitted into the record, the papers on file with the Court, and applicable law, the Court finds that Plaintiff's Application should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that a Temporary Injunction is granted pending a final hearing and determination of this case as follows:

1.      Defendant Pecos Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who

receive actual notice of this order, are prohibited from (i) acquiring title to real property in the City of Fort Worth, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Fort Worth, Texas.

2. Defendant Pleasanton Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order, are prohibited from (i) acquiring title to real property in the City of Fort Worth, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Fort Worth, Texas.

3. Defendant La Villa Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order, are prohibited from (i) acquiring title to real property in the City of Fort Worth, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Fort Worth, Texas.

4. Defendant Maverick County Housing Finance Corporation, its officers, agents, employees, servants, and attorneys, and those in active concert or participation with them who receive actual notice of this order, are prohibited from (i) acquiring title to real property in the City of Fort Worth, Texas; or (ii) obtaining, seeking to obtain, or receiving tax exemptions for any properties located in the City of Fort Worth, Texas.

5. Defendant Joe Don Bobbitt, in his official capacity as the Chief Appraiser of the Tarrant Appraisal District, shall not grant any tax exemptions requested by Defendants Pecos Housing Finance Corporation, Pleasanton Housing Finance Corporation, La Villa Housing Finance Corporation, or Maverick County Housing Finance Corporation for any properties located in the City of Fort Worth, Texas.

IT IS FURTHER ORDERED that Plaintiff City of Fort Worth is exempt from filing and

executing a bond with the Clerk.  *See* Tex. Civ. Prac. & Rem. Code § 6.002.

IT IS FURTHER ORDERED that the trial in this case is set for the week of December 1, 2025.

Signed: June 3, 2025, at 3:50 p.m.

*Megan Fahey*
_____
Judge Presiding

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101575417
Filing Code Description: No Fee Documents
Filing Description: ORD GRANT CITY FW APPL TEMP INJ
Status as of 6/3/2025 4:46 PM CST

Associated Case Party: THECITY OF ARLINGTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Galen Gatten | | galen.gatten@arlingtontx.gov | 6/3/2025 4:33:43 PM | SENT |
| Alexander JLindvall | | alexander.lindvall@arlingtontx.gov | 6/3/2025 4:33:43 PM | SENT |

Associated Case Party: THEPECOS HOUSING FINANCE CORPORATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 6/3/2025 4:33:43 PM | SENT |
| Jonathan RPatton | | jpatton@tillotsonlaw.com | 6/3/2025 4:33:43 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 6/3/2025 4:33:43 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 6/3/2025 4:33:43 PM | SENT |
| Kathryn Yukevich | 24133390 | kyukevich@tillotsonlaw.com | 6/3/2025 4:33:43 PM | SENT |

Associated Case Party: JOEDONBOBBITT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joe DonBobbitt | | jdbobbitt@tad.org | 6/3/2025 4:33:43 PM | SENT |

Associated Case Party: THEPLEASANTON HFC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Blake Stribling | | bstribling@chasnoffstribling.com | 6/3/2025 4:33:43 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 6/3/2025 4:33:43 PM | SENT |
| Lisa O'Sullivan | | losullivan@chasnoffstribling.com | 6/3/2025 4:33:43 PM | SENT |
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/3/2025 4:33:43 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101575417
Filing Code Description: No Fee Documents
Filing Description: ORD GRANT CITY FW APPL TEMP INJ
Status as of 6/3/2025 4:46 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Moss | | jonathan.moss@arlingtontx.gov | 6/3/2025 4:33:43 PM | SENT |
| Nena Chima-Tetteh | | nena.chima-tetteh@arlingtontx.gov | 6/3/2025 4:33:43 PM | SENT |
| Liz Hansen | | lhansen@lsejlaw.com | 6/3/2025 4:33:43 PM | SENT |
| Eric Ruiz | | eruiz@lsejlaw.com | 6/3/2025 4:33:43 PM | SENT |
| JAMES EVANS | | JEVANS@LSEJLAW.COM | 6/3/2025 4:33:43 PM | SENT |
| Jannet Alarcon | | jannet.alarcon@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |
| Erica Salas | | erica.salas@arlingtontx.gov | 6/3/2025 4:33:43 PM | SENT |
| Joseph Nguyen | | joseph.nguyen@arlingtontx.gov | 6/3/2025 4:33:43 PM | SENT |
| Steve ACumbie | | stephen.cumbie@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |
| Christopher BMosley | | chris.mosley@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |
| Olyn Poole | | olyn.poole@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |

Associated Case Party: THELA VILLA HFC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniel Lecavalier | 24129028 | dlecavalier@chasnoffstribling.com | 6/3/2025 4:33:43 PM | SENT |
| Robert Salinas | 17536000 | rjslawoffice@hotmail.com | 6/3/2025 4:33:43 PM | SENT |
| Roel Gutierrez | 24069842 | roelgutierrezlaw@gmail.com | 6/3/2025 4:33:43 PM | SENT |
| Rosa Perez | | rosaperez@cityoflavilla.org | 6/3/2025 4:33:43 PM | SENT |

Associated Case Party: THECITY OF FORT WORTH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| | | | | |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101575417
Filing Code Description: No Fee Documents
Filing Description: ORD GRANT CITY FW APPL TEMP INJ
Status as of 6/3/2025 4:46 PM CST

Associated Case Party: THECITY OF FORT WORTH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chandra  Jackson | | chandra.jackson@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |
| THE CITY OF FORT WORTH | | Chandra.Jackson@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |
| THE A.CITY OF FORT WORTH | | stephen.cumbie@fortworthtexas.gov | 6/3/2025 4:33:43 PM | SENT |